CENTER FOR DISABILITY ACCESS
Claire Cylkowski, Esq., SBN: 335352
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
Clairec@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>  v.<br><br>SILVERADO RESORT INVESTMENT GROUP, LLC, a Delaware Limited Liability Company;<br>SILVERADO RESORT SERVICES GROUP, LLC, a Delaware Limited Liability Company;<br><br>    Defendants. | **Case:** 3:21-cv-01469-JCS<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Samuel Love, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Silverado Resort Investment Group, LLC and Silverado Resort Services Group, LLC have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: 2/27/23

CENTER FOR DISABILITY ACCESS
By: *Claire Cylkowski*
Claire Cylkowski
Attorneys for Plaintiff

1